AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

District of                          NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **JUDGMENT IN A CRIMINAL CASE** |
| SHELDON PETE SNAPP | Case Number:          3:07-CR-0015-VPC |
| | USM Number:       41283-048 |
| | Ramon Acosta |
| | Defendant's Attorney |

## THE DEFENDANT:

X pleaded guilty to count(s)    Single count superseding misdemeanor information filed on June 17, 2008

☐ pleaded nolo contendere to count(s)    _____
   which was accepted by the court.

☐ was found guilty on count(s)    _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:113(a)4, 1151, 1153 | Assault by striking, beating, or wounding | Oct. 17, 2006 | 1 |

   The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)    _____

☐ Count(s)    _____    ☐ is    ☐ are  dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 2, 2008
Date of Imposition of Judgment

_____
Signature of Judge

VALERIE P. COOKE, UNITED STATES MAGISTRATE JUDGE
Name and Title of Judge

September 10, 2008
Date

FILED ☐     RECEIVED ☐
ENTERED ☐     SERVED ON ☐
COUNSEL/PARTIES OF RECORD

SEP 10 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

Judgment—Page __2__ of __4__

DEFENDANT:      SHELDON PETE SNAPP
CASE NUMBER:    3:07-CR-0015-VPC

# PROBATION

The defendant is hereby sentenced to probation for a term of :
SIXTY (60) MONTHS.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a

student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:        SHELDON PETE SNAPP
CASE NUMBER:      3:07-CR-0015-VPC

## ADDITIONAL PROBATION TERMS

(1) <u>WARRANTLESS SEARCH</u> - You shall submit your person, property, residence, place of business and vehicle under your control to a search, conducted by the United States Probation Officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds fro revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this conditions.

(2) <u>SUBSTANCE ABUSE TREATMENT</u> - You shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing, outpatient counseling, or residential placement, as approved and directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon your ability to pay.

(3) <u>ALCOHOL ABSTINENCE</u> - You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants.

(4) <u>COMMUNITY SERVICE</u> - You shall complete 40 hours of community service, as approved and directed by the probation officer.

(5) <u>MENTAL HEALTH TREATMENT</u> - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, medication management, outpatient counseling or residential placement, as approved an directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon you ability to pay.

(6) <u>REPORT TO PROBATION OFFICE AFTER RELEASE FROM CUSTODY</u> - You shall report, in person, to the probation office in the district to which you are released within 72 hours of discharge from custody.

(7) <u>LIFE SKILLS</u> - You shall participate in and successfully complete a cognitive based life skills program, as approved and directed by the probation officer.

(8) <u>OFFENDER EMPLOYMENT DEVELOPMENT TRAINING</u> - You shall participate in and successfully complete an offender employment development program as approved an directed by the probation officer.

(9) <u>GENERAL EQUIVALENCY DIPLOMA</u> - You shall participate in and successfully complete an educational progarm to earn a General Equivalency Diploma (GED).

Case 3:07-cr-00015-VPC   Document 26   Filed 09/11/08   Page 4 of 4

DEFENDANT:        SHELDON PETE SNAPP
CASE NUMBER:      3:07-CR-0015-VPC

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $   10.00 | $ | $ |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $                    0 | $                    0 | |
|---|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐  the interest requirement is waived for the     ☐  fine   ☐  restitution.

   ☐  the interest requirement for the     ☐  fine   ☐  restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.